IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ANTOINETTE MATTOX AND RONALD MATTOX, Plaintiffs | § § § § | |
| v. | § § | CIVIL ACTION NO. 1:16-cv-01037 |
| SAFECO INSURANCE COMPANY OF INDIANA AND DERRICK ETHERIDGE, Defendants | § § § § § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Plaintiffs Antoinette Mattox and Ronald Mattox and Defendants Safeco Insurance Company of Indiana and Derrick Etheridge and file this Joint Motion to Dismiss with Prejudice and for cause would show the Court the following:

I.

Plaintiffs and Defendants request that this lawsuit be dismissed because the parties have compromised and settled their differences.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Defendants request that the above-referenced cause be dismissed with prejudice to refile same, that all costs be assessed against the party incurring same, and for all other relief to which the parties have shown themselves justly entitled.

Respectfully submitted,

**HANNA & PLAUT, L.L.P.**
211 East Seventh Street, Suite 600
Austin, Texas 78701
Telephone:  (512) 472-7700
Facsimile:  (512) 472-0205


By:    _/s/ Sarah E. Scott_
        Catherine L. Hanna
        State Bar No. 08918280
        Email:  channa@hannaplaut.com
        Sarah E. Scott
        State Bar No. 24073580
        Email:  sscott@hannaplaut.com

**ATTORNEYS FOR DEFENDANTS
SAFECO ISNURANCE COMPANY OF
INDIANA AND DERICK ETHERIDGE**


AND


**MARTIN & DROUGHT, P.C.**
Bank of America Plaza, 25th Floor
San Antonio, Texas 78205
Telephone:     (210) 22-7591
Facsimile:     (210) 227-7924

By:
        Gerald T. Drought
        State Bar No. 06134800
        Email: gdrought@mdtlaw.com

**ATTORNEYS FOR PLAINTIFFS
ANTOINEETTE MATTOX AND RONALD
MATTOX**

---

**Joint Motion to Dismiss**

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of April, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Gerald T. Drought
Martin & Drought, P.C.
Bank of America Plaza, 25th Floor
300 Convent Street
San Antonio, Texas 78205
*Attorneys for Plaintiffs*

*/s/ Sarah E. Scott*
Sarah E. Scott
