# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| ANTOINETTE MATTOX AND RONALD MATTOX,<br>Plaintiffs<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF INDIANA AND DERRICK ETHERIDGE,<br>Defendants | § § § § § § § § § § § | CIVIL ACTION NO. 1:16-cv-01037 |

## AGREED ORDER OF DISMISSAL

On this day came on for consideration the parties' Joint Motion to Dismiss with Prejudice and this Court, having considered said motion, is of the opinion that it should be in all things GRANTED.

It is accordingly ORDERED that the Agreed Motion to Dismiss with Prejudice be and hereby is GRANTED; and it is further

ORDERED that all claims and causes of action of Plaintiffs Antoinette Mattox and Ronald Mattox are hereby dismissed with prejudice; and it is further

ORDERED that Court costs shall be taxed against the party incurring same.

SIGNED this 29th day of April, 2019.

_____
PRESIDING JUDGE

**AGREED AND ENTRY REQUESTED:**

**HANNA & PLAUT, L.L.P.**
211 East Seventh Street, Suite 600
Austin, Texas 78701
Telephone:   (512) 472-77000
Facsimile:   (512) 472-0205


By: ___*/s/ Sarah E. Scott*___
   Catherine L. Hanna
   State Bar No.08918280
   Email: channa@hannaplaut.com
   Sarah E. Scott
   State Bar No. 24073580
   Email: sscott@hannaplaut.com

**ATTORNEYS FOR DEFENDANTS
SAFECO ISNURANCE COMPANY OF INDIANA AND DERICK ETHERIDGE**


AND


**MARTIN & DROUGHT, P.C.**
Bank of America Plaza, 25th Floor
San Antonio, Texas 78205
Telephone:   (210) 22-7591
Facsimile:   (210) 227-7924

By: _____
   Gerald T. Drought
   State Bar No. 06134800
   Email: gdrought@mdtlaw.com

**ATTORNEYS FOR PLAINTIFFS
ANTOINEETTE MATTOX AND RONALD MATTOX**